United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Julie A Njoku-Anderson

    Debtor

Case No. 25-14609-amc

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jun 04, 2026 | Form ID: 155 | Total Noticed: 33 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Julie A Njoku-Anderson, 8250 New Second Street, Elkins Park, PA 19027-1723 |
| 15074166 | + | Lakeview Loan Servicing, LLC, c/o Matthew Fissel, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15071675 | + | Pennsylvania Office of Attorney General, Attn: Financial Enforcement Section, Strawberry Square, 15th Floor, Harrisburg, PA 17120-0001 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15076152 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 05 2026 00:24:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 15071682 | | Email/Text: bankruptcy@acacceptance.com | Jun 05 2026 00:24:00 | American Credit Acceptance, Attn: Bankruptcy, 961 E Main St Fl 2, Spartanburg, SC 29302-2185 |
| 15071679 | | Email/Text: megan.harper@phila.gov | Jun 05 2026 00:24:00 | City of Philadelphia Law Department, 1401 John F. Kennedy Blvd., Philadelphia, PA 19102 |
| 15071683 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 05 2026 00:30:12 | Capital Bank N.A., Attn: Bankruptcy, 2275 Research Blvd Ste 600, Rockville, MD 20850-6238 |
| 15071684 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 05 2026 00:30:16 | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15071681 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Jun 05 2026 00:24:00 | Chex Systems Inc., PO Box 583399, Minneapolis, MN 55458-3399 |
| 15071680 | + | Email/Text: bankruptcy@philapark.org | Jun 05 2026 00:24:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 15071685 | ^ | MEBN | Jun 05 2026 00:21:15 | Dept of Ed/Aidvantage, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 15071686 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 05 2026 00:24:00 | GM Financial, Attn: Bankruptcy, 801 Cherry St Ste 3500, Fort Worth, TX 76102-6854 |
| 15092387 | + | Email/Text: gbechakas@outlook.com | Jun 05 2026 00:24:00 | Intercoastal Financial Llc, 7954 Transit Rd #136X, Williamsville, NY 14221-4117 |
| 15071672 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 05 2026 00:24:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15090511 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 05 2026 00:24:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 15073679 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 05 2026 00:30:12 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15073826 | ^ | MEBN | Jun 05 2026 00:20:55 | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, |

District/off: 0313-2 | User: admin | Page 2 of 3
Date Rcvd: Jun 04, 2026 | Form ID: 155 | Total Noticed: 33

| ID | Method | Date | Recipient |
|---|---|---|---|
| | | | Philadelphia, PA. 19106-1541 |
| 15093288 | ^ MEBN | Jun 05 2026 00:20:47 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 15071687 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 05 2026 00:30:19 | Lvnv Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, PO Box 1269, Greenville, SC 29602-1269 |
| 15071688 | Email/Text: camanagement@mtb.com | Jun 05 2026 00:24:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 |
| 15071689 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 05 2026 00:30:24 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 15082626 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 05 2026 00:30:18 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 15071673 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 05 2026 00:24:00 | Pennsylvania Department of Revenue, Attn: Bankruptcy Division, Department 280946, Harrisburg, PA 17128-0001 |
| 15071676 | ^ MEBN | Jun 05 2026 00:21:09 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15071678 | + Email/Text: bankruptcy@philapark.org | Jun 05 2026 00:24:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 15094135 | + Email/PDF: ebn_ais@aisinfo.com | Jun 05 2026 00:30:18 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15071690 | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 05 2026 00:30:15 | Synchrony/Paypal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 15071691 | Email/Text: bankruptcydepartment@tsico.com | Jun 05 2026 00:24:00 | Transworld System Inc, Attn: Bankruptcy, PO Box 15618, Wilmington, DE 19850-5618 |
| 15071677 | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 05 2026 00:24:00 | U.S. Attorney's Office, Attn: Civil Process Clerk, 615 Chestnut Street, 12th Floor, Philadelphia, PA 19106-4404 |
| 15071674 | ^ MEBN | Jun 05 2026 00:20:52 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 15072524 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jun 05 2026 00:30:23 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |
| 15071692 | ^ MEBN | Jun 05 2026 00:20:44 | Utility Selfreported, PO Box 4500, Allen, TX 75013-1311 |
| 15090718 | + Email/PDF: ebn_ais@aisinfo.com | Jun 05 2026 00:30:18 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 30

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0313-2                          User: admin                                Page 3 of 3

Date Rcvd: Jun 04, 2026                       Form ID: 155                         Total Noticed: 33

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Julie A Njoku-Anderson brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                       )

   Julie A Njoku–Anderson     )       Case No. 25–14609–amc

                       )

                       )

   Debtor(s).              )       Chapter: 13

                       )

                       )

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: June 2, 2026                     For The Court

                                   Ashely M. Chan
                                   Chief Judge, United States Bankruptcy Court