UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                    Bankr. Case No. 25-14609-AMC

Julie A Njoku-Anderson                                                    Chapter 13
        Debtor(s)

**REQUEST FOR NOTICE**

   Pursuant to Rule 2002(g), AmeriCredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

AmeriCredit Financial Services, Inc. dba GM Financial
PO Box 183853
Arlington, TX  76096

By  /s/  Mandy Youngblood

 Mandy Youngblood
 PO Box 183853
 Arlington, TX  76096
 877-203-5538
 877-259-6417
 Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                    Bankr. Case No. 25-14609-AMC

Julie A Njoku-Anderson                                                                    Chapter 13

    Debtor(s)


**Certificate of Service**

This Request for Notice was served electronically on the following individuals on July 27, 2026 :


BRAD J. SADEK                                   Kenneth E West
1500 JFK Boulevard                              Office of the Chapter 13 Standing Trustee
Ste 220                                         190 N. Independence Mall West, Suite 701
Philadelphia, PA 19102                          Philadelphia, PA 19106


By  /s/  Mandy Youngblood
          Mandy Youngblood


xxxxx39111 / 1123372